UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD OLDACRE,

      Plaintiff,                  Case No. 16-cv-13457
                                          Hon. Matthew F. Leitman

v

DETROIT HEALTH CARE FOR THE
HOMELESS, INC.,

      Defendant.

## STIPULATION FOR ORDER OF DISMISSAL OF DEFENDANT

The parties hereto, by their respective counsel, hereby Stipulate and agree to the entry of the attached Order dismissing Plaintiff's action against Defendant, DETROIT HEALTH CARE FOR THE HOMELESS, INC. d/b/a ADVANTAGE HEALTH CENTERS, with prejudice and without costs, interest or attorney fees to any party.

| | |
|---|---|
| By: /s/ Joey S. Niskar | By: /s/ Courtney L. Nichols |
| JOEY S. NISKAR (P55480) | COURTNEY L. NICHOLS (P75160) |
| The Niskar Law Firm, PLLC | PLUNKETT COONEY |
| Attorney for Plaintiff | Attorney for Defendant |
| P.O. Box 252917 | 38505 Woodward Avenue, Suite 100 |
| West Bloomfield, MI 48325 | Bloomfield Hills, MI 48304 |
| (248) 702-6262 | (248) 594-6360 |
| joeynlaw@aol.com | mailto:cnichols@plunkettcooney.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD OLDACRE,

       Plaintiff,                             Case No. 16-cv-13457
                                                    Hon. Matthew F. Leitman

v

DETROIT HEALTH CARE FOR THE
HOMELESS, INC.,

       Defendant.

## **ORDER OF DISMISSAL**

Upon the reading and filing of the attached Stipulation and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's action against Defendant, DETROIT HEALTH CARE FOR THE HOMELESS, INC. d/b/a ADVANTAGE HEALTH CENTERS, is dismissed with prejudice and without costs, interest or attorney fees to any party. The Court retains jurisdiction to enforce any settlement agreement between the parties.

This Order resolves the last pending claim and closes the case.

                                                         s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: November 27, 2017